UNITIED STATES DISTRICT COURT
FOR THE EASTERN DISTCT OF NORTH DAKOTA

| | | |
|---|---|---|
| STEVEN RALSTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-00236-ARS |
| | ) | |
| PFG TRANSCO, INC.; | ) | |
| PERFORMANCE TRANSPORTATION | ) | |
| LLC D/B/A PERFORMANCE FOOD | ) | |
| GROUP; PERFORMANCE FOOD | ) | |
| GROUP INC.; KENNETH O. LESTER | ) | |
| COMPANY, INC. D/B/A PFG | ) | |
| CUSTOMIZED DISTRIBUTION; and | ) | |
| ERIC NATHANIEL SHIPE | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SCOTT L. TURNER

STATE OF _Florida_ )
                              ) SS.
COUNTY OF _Collier_ )

I, SCOTT L. TURNER, of sound mind and, after being first duly sworn, state the following:

1. My name is Scott L. Turner. I have personal knowledge of the matters stated herein.

2. My current business address is 4721 Arboretum Cir. Unit 201, Naples, FL 34112.

3. My specialty is in the standard of care in the trucking industry. My experience and education, as well as any professional affiliations are listed in my Curriculum Vitae which is attached hereto as Exhibit "A".

4. My opinions in this case are set forth truthfully and accurately in my report which is attached hereto as Exhibit "B".

FURTHER AFFIANT SAYETH NAUGHT.

_____
Scott L. Turner

**EXHIBIT "K"**

Subscribed and sworn to before me, a Notary Public, this _25_ day of _February_ 2021.

_____
Notary Public

My Commission Expires: September 30, 2022